EUGENE PALLADINO, Respondent, v CNY CENTRO, INC., et al., Appellants. [956 NYS2d 742]—

Memorandum: Defendants appeal from an order that granted only in part their respective motions seeking summary judgment dismissing the amended complaints against them. We agree with defendants that Supreme Court should have granted their motions in their entirety. Defendants Amalgamated Transit Union, Local 580 (Union) and Charles Watson, as business agent of the Union, contend that the Union is a voluntary unincorporated association and that plaintiff has failed even to plead that the Union's conduct was authorized or ratified by the entire membership of the association. We agree (see *Martin v Curran*, 303 NY 276, 282 [1951]; *Zanghi v Laborers' Intl. Union of N. Am., AFL-CIO*, 8 AD3d 1033, 1034 [2004], *lv denied* 4 NY3d 703 [2005]). Thus, we further agree with those defendants that plaintiff's contention that the Union breached its duty of fair representation is "fatally defective" (*Walsh v Torres-Lynch*, 266 AD2d 817, 818 [1999]). In light of our conclusion, we do not address defendants' remaining contentions. Present—Scudder, P.J., Centra, Valentino, Whalen and Martoche, JJ.